NM

Griesa, J

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1002
Robert A. Johnson (RJ 6553)
Attorney for Defendant Hannaford Bros. Co.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MEADE on behalf
of himself and all others
similarly situated

                Plaintiff,

v.

HANNAFORD BROS. CO.,

                Defendant.

No. 08 CV 3555 (TPG)

**STIPULATION REGARDING STAY OF ALL PROCEEDINGS PENDING DECISION TO TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

    Plaintiff John Meade and Defendant Hannaford Bros. Co., by and through their respective counsel, hereby agree and stipulate with respect to the following facts:

    1.    On April 14, 2008, Plaintiff John Meade filed a complaint instituting this action and complaining of a data intrusion at Hannaford stores.

    2.    Presently, there are at least twenty-four actions pending in federal courts in at least five judicial districts that are related to the same data intrusion.

    3.    On April 7, 2008, the plaintiffs in two of these related actions filed a Motion to Transfer Pursuant to 28 U.S.C § 1407 with the Judicial Panel on Multidistrict Litigation ("JPML") seeking to transfer all related actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings. A hearing on this motion is presently scheduled for May 29, 2008.

4.  A stay of all proceedings and discovery in this action until the JPML issues a decision on the pending motion will conserve party and judicial resources.

**BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.  All proceedings in this Court, including any need for Defendant to file a responsive pleading to the complaint, are hereby stayed until an order is entered on the motion to transfer pending before the JPML.

2.  If the JPML grants the pending motion and transfers this action to a transferee court for pretrial proceedings, then this action will proceed in accordance with the schedule set by the transferee court.

3.  If the JPML denies the pending motion to transfer, Defendant will file a responsive pleading in this Court within fifteen (15) days after the JPML enters an order on the motion.

Dated: May 8, 2008

By: /s/ Thomas Mullaney
Thomas M. Mullaney, Esq. (TM 4274)
Law Offices of Thomas M. Mullaney
708 Third Avenue
Suite 2500
New York, NY 10017
Tel.: (212) 223-0800
Email: tmm@mullaw.org
Attorneys for Plaintiff

By: /s/ Robert A. Johnson
Robert A. Johnson (RJ 6553)
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Tel.: (212) 872-1000
Email: rajohnson@akingump.com
Attorneys for
Defendant Hannaford Bros. Co.

So Ordered:

/s/ Thomas P. Griesa  5/13/08
U.S.D.J.

2