


Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 0 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HANNAFORD BROS. CO. CUSTOMER DATA
SECURITY BREACH LITIGATION

MDL No. 1954

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 9, 2008, the Panel transferred five civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable D. Brock Hornby.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maine and assigned to Judge Hornby.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of June 9, 2008, and, with the consent of that court, assigned to the Honorable D. Brock Hornby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: HANNAFORD BROS. CO. CUSTOMER DATA
SECURITY BREACH LITIGATION                                    MDL No. 1954

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 2 08-314 | Elizabeth Dowd v. Delhaize America, Inc., et al. |
| FLM 2 08-334 | Gary Zupan v. Kash N' Karry Food Stores, Inc. |
| FLM 8 08-670 | Michael William Boland, et al. v. Delhaize America, Inc., et al. |
| ~~FLM 8 08-754~~ | ~~Thomas T. Grimsdale, III v. Kash 'N Karry Food Stores, Inc.~~  Opposed 7/7/08 |
| **NEW YORK SOUTHERN** | |
| 7/7 NYS 1 08-3555 | John Meade v. Hannaford Bros. Co. |

OFFICE OF THE CLERK
**United States District Court**
DISTRICT OF MAINE
www.med.uscourts.gov

LINDA L. JACOBSON
CLERK

☒ Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, Maine 04101
Direct Tel.: (207) 780-3363 Ext. 2211
(207) 780-3356

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, ME 04402
(207) 945-0575

July 17, 2008

J. Michael McMahon, Clerk of Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York NY 10007-1312

RE:   JOHN MEADE v. HANNAFORD BROS CO
      SOUTHERN DISTRICT OF NEW YORK DOCKET NO. 1:08-CV-3555-TPG
      DISTRICT OF MAINE DOCKET NO. 08-240-P-H
      MDL LITIGATON NO. 1954 – IN RE: HANNAFORD BROS. CO. CUSTOMER DATA
      SECURITY BREACH LITIGATION

Dear Clerk:

Please be advised that the above entitled case has been transferred to the District of Maine pursuant to the enclosed Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation on July 8, 2008. Please note that we will obtain a copy of your docket sheet and Complaint via Pacer and there is no need to send us any certified copies.

Sincerely,
LINDA L. JACOBSON, CLERK

BY: /s/ Melody Whitten

Melody Whitten
Case Manager

Enc.